**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:26–cr–00370 |
| | § | |
| | § | |
| Marizel Yukee | § | |
| | § | |

**CLERK'S NOTICE REQUIRING STATEMENT OF CASE REVIEW**

Within **72 hours of the filing of this notice**, the United States Attorney's Office for the Southern District of Texas must file a **Statement of Case Review**. (See attached.)

In such Statement of Case Review, the United States Attorney's Office will notify the court of whether the above-captioned matter was charged, litigated, considered, or investigated by the United States Attorney's Office for the Southern District of Texas at any time from January 2025 through March 2026.

Date: June 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:26–cr–00370 |
| | § | |
| | § | |
| | § | |
| Marizel Yukee | § | |

**STATEMENT OF CASE REVIEW**

Pursuant to the Clerk's Notice Regarding Statement of Case Review, the United States of America, through the undersigned Assistant United States Attorney, files this Statement of Case Review and states, to the best of the undersigned's knowledge, as follows:

☐ The above-captioned matter **WAS** charged, litigated, considered, or investigated by the United States Attorney's Office for the Southern District of Texas at any time from January 2025 through March 2026

☐ The above-captioned matter **WAS NOT** charged, litigated, considered, or investigated by the United States Attorney's Office for the Southern District of Texas at any time from January 2025 through March 2026.

Respectfully submitted,

    JOHN G.E. MARCK
    ACTING UNITED STATES ATTORNEY

By: _____
    [NAME]
    Assistant United States Attorney