JOHN G.E. MARCK
Acting United States Attorney
KRISTINE E. ROLLINSON
Assistant United States Attorney
Texas State Bar No. 00788314
Asset Recovery Unit
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone:713-567-9000
Fax: 713-718-3300
E-mail: kristine.rollinson@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIZEL YUKEE,<br><br>Defendant.<br>-------------------------------------------------------<br>Real property located at<br>7750 Abalone Bay Street<br>Las Vegas, NV 89139<br>APN: 176-11-310-113, more<br>particularly described below. | No. 4:26-CR-370<br><br>**LIS PENDENS** |

**Record owner:  The Marizel & Rodelson Yukee Living Trust**

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court on a Criminal Indictment of the United States of America to secure the judicial forfeiture to the United States of America of real property located at 7750 Abalone Bay Street, Las Vegas, NV 89139, and more particularly described as follows:

LOT TWO HUNDRED FIFTY-THREE (253) IN BLOCK FOUR (4) OF PINNACLE PEAKS - TORREY PINES SOUTHWEST, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 91 OF PLATS, PAGE 29, AND AS AMENDED BY THOSE CERTAIN CERTIFICATES OF AMENDMENT RECORDED OCTOBER 27, 1999 IN BOOK 991027 AS DOCUMENT NO. 01272 AND RECORDED JULY 19, 2000 IN BOOK 20000719 AS DOCUMENT NO. 01039 AND RECORDED AUGUST 21, 2000 IN BOOK 20000821 AS DOCUMENT NO. 00537 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

1

Forfeiture is sought pursuant to 18 U.S.C. § 982(a)(7) for violations of 18 U.S.C. §§ 371, 1347, and 1349.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to 21 U.S.C. § 853(k), no party claiming an interest in the above-described property may: (1) intervene in the trial or appeal of the criminal case, or (2) commence an action at law or equity against the United States concerning the validity of an alleged interest in the property subsequent to the filing of an indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of an order of forfeiture.

For further information concerning the action, reference may be made to the records of the Clerk of the Court for the United States District Clerk, 515 Rusk Avenue, Houston, Texas 77002.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By: KRISTINE E. ROLLINSON
Assistant United States Attorney

STATE OF TEXAS §
COUNTY OF HARRIS §

On this 23rd day of June 2026, Kristine E. Rollinson, a person personally known to me, appeared before me, a Notary Public, and executed the foregoing Lis Pendens in my presence.

Notary Public in and for the State of Texas
My Commission Expires:

GWENDOLYN DELORES BRAXTON
My Notary ID # 10146157
Expires April 19, 2027